UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTRELLA ACOSTA,<br><br>          Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, et al.,<br><br>          Defendants. | Case No. SACV 10-532 RNB<br><br>ORDER TO SHOW CAUSE |

      To date, no proof of service has been filed, and it therefore appears to the Court that the named defendants were not served within the 120-day period allowed for accomplishment of service of the summons and complaint under Federal Rule of Civil Procedure 4(m). By the Court's calculation, the service period expired here on September 1, 2010.

      Accordingly, pursuant to Rule 4(m) and Local Rule 41-1, plaintiff is ORDERED to show good cause, if there be any, why service was not made within the 120-day period and why this case should not be dismissed without prejudice for want of prosecution. Plaintiff shall attempt to show such cause by filing a declaration, signed by plaintiff's counsel under penalty of perjury, within fourteen (14) days of the service date of this Order. **If plaintiff does not timely file such a declaration or if plaintiff fails to show good cause for their failure to timely serve, this action will**

**be subject to dismissal without prejudice for failure to prosecute.** <u>See</u> Fed. R. Civ. P. 4(m); Local Rule 41-1; <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); <u>see also</u> <u>Carey v. King</u>, 856 F.2d 1439, 1440 (9th Cir. 1988).

DATED:  <u>September 3, 2010</u>

/s/ Robert N. Block
_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE