JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-0532-AG(MLGx) | Date | January 24, 2011 |
|---|---|---|---|
| Title | ESTRELLA ACOSTA v BANK OF AMERICA, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:**     **[IN CHAMBERS] ORDER DISMISSING CASE**

On January 6, 2011, the Court dismissed the Complaint of Plaintiff Estrella Acosta ("Plaintiff"), and the Court gave Plaintiff 14 days to file an amended complaint.  Plaintiff has failed to due so.  Accordingly, this case is DISMISSED.

                                                                                                   :    0

                                                Initials of
                                                Preparer            lmb